UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**BRIAN MICHAEL BOWERS** : **DOCKET NO. 2:23-cv-0126**
    **B.O.P. # 28008-045**     **SECTION P**

**VERSUS** : **JUDGE JAMES D. CAIN, JR.**

**FELIPE MARTINEZ, JR.** : **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED** in chambers on this 14th day of July, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**